**E-filed 7/16/07**

1

2  ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
   annettek@lawfoundation.org
3  KIMBERLY PEDERSEN (STATE BAR NO. 234785)
   kimp@lawfoundation.org
4  LAW FOUNDATION OF SILICON VALLEY
   111 West Saint John Street, #315
5  San Jose, CA 95113
   Telephone: (408) 293-4790
6  Facsimile: (408) 293-0106

7  Attorneys for Plaintiff
   LEWIS GARY MORRIS
8
   OFFICE OF THE GENERAL COUNSEL
9  CHRISTINE M. HUMPHRIES (STATE BAR NO. 152013)
   chumphries@downeysavings.com
10 DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
   3501 Jamboree Road
11 Newport Beach, CA 92660
   Telephone: (949) 725-4850
12 Facsimile: (949) 725-0619

13 Attorneys for Defendant
   DOWNEY SAVINGS AND LAON ASSOCIATION, F.A.
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19 LEWIS GARY MORRIS,                    Case No. C07-02177 JF

20            Plaintiff,                 **STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE CASE
21       v.                              MANAGEMENT CONFERENCE**

22 REPUBLIC HOME LOAN
   CORPORATION, a California corporation,
23 LOS GATOS FINANCIAL GROUP, INC., a
   California corporation, MICHAEL B.
24 SPORLEDER, an individual, EDGAR
   LOPEZ, an individual, DOWNEY SAVINGS
25 AND LOAN ASSOCIATION, a California
   Corporation, and DOES 1 to 100,
26
              Defendants.
27

28

1  Plaintiff LEWIS GARY MORRIS, by and through his counsel, Law Foundation of
2  Silicon Valley, and Defendant DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., by and
3  through its counsel, Christine M. Humphries, hereby stipulate as follows:
4  The Case Management Conference in this case is currently set for hearing on July
5  20, 2007 at 10:30 a.m.
6  Because it is anticipated that not all of the Defendants will be present at the July
7  20, 2007 Case Management Conference, Plaintiff Lewis Gary Morris and Defendant Downey
8  Savings and Loan Association, F.A. agree to a 30-day continuance of the Case Management
9  Conference to a date convenient to the Court such as August 24, 2007 at 10:30 a.m.
10  Finally, Plaintiff believes that the other Defendants are currently unrepresented.
11  Plaintiffs have been trying to contact the other Defendants but at this time we have been unable to
12  reach them to get their agreement to continue the Case Management Conference.
13  IT IS SO STIPULATED.
14
15  Dated: July 13, 2007        LAW FOUNDATION OF SILICON VALLEY

17  Annette D. Kirkham
18  Attorneys for Plaintiff
    LEWIS GARY MORRIS
19
20  Dated: July 13, 2007        DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A
                                OFFICE OF THE GENERAL COUNSEL
21
22  Christine M. Humphries
    Attorneys for Defendant
23  DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
24
25
26
27
28

- 1 -

STIPULATION TO CONTINUE CASE STATUS
CONFERENCE
MORRIS V. LOPEZ, ET AL. CASE NO. C07-02177 JF

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the Case Management Conference from July 20, 2007 to a date that is convenient for the Court or August 24, 2007 and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference in this case will be continued to: __8/31/07_____.

Dated:   7/16/07

_____
United States District Judge Jeremy Fogel