\*\*8/29/07

ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
KIMBERLY PEDERSEN (STATE BAR NO. 234785)
kimp@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 293-4790
Facsimile: (408) 293-0106

Attorneys for Plaintiff
LEWIS GARY MORRIS

OFFICE OF THE GENERAL COUNSEL
CHRISTINE M. HUMPHRIES (STATE BAR NO. 152013)
chumphries@downeysavings.com
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, CA 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619

Attorneys for Defendant
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

D. KENT WESTERBERG
kent@atwoodlaw.com
ATWOOD, HAIMAN & WESTERBERG
18805 Cox Avenue, Suite 200
Saratoga, CA 95070
Telephone: (408) 370-5070
Facsimile: (408) 370-5727

Attorneys for LOS GATOS FINANCIAL GROUP, INC.,
REPUBLIC HOME LOAN CORPORATION and EDGAR
LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STIPULATION TO FURTHER CONTINUE CASE
MANAGEMENT CONFERENCE
MORRIS V. LOPEZ, ET AL. CASE NO. C07-02177 JF

| | |
|---|---|
| 1  LEWIS GARY MORRIS, | Case No. C07-02177 JF |
| 2                     Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE |
| 3          v. | |
| 4  REPUBLIC HOME LOAN CORPORATION, a California corporation, LOS GATOS FINANCIAL GROUP, INC., a California corporation, MICHAEL B. SPORLEDER, an individual, EDGAR LOPEZ, an individual, DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation, and DOES 1 to 100, | |
| 8                     Defendants. | |

OHS West:260212833.7

1  Plaintiff LEWIS GARY MORRIS, by and through his counsel, Law Foundation of
2  Silicon Valley, and Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., by
3  and through its counsel, Christine M. Humphries, and LOS GATOS FINANCIAL GROUP, INC.,
4  REPUBLIC HOME LOANS CORPORATION, and EDGAR LOPEZ, by and through their
5  counsel, D. Kent Westerberg, hereby stipulate as follows:
6  The Case Management Conference in this case is currently set for hearing on
7  August 31, 2007 at 10:30 a.m.
8  Because Defendants LOS GATOS FINANCIAL GROUP, INC., REPUBLIC
9  HOME LOANS CORPORATION, and EDGAR LOPEZ have only recently retained counsel and
10 the parties wish to engage in meaningful meet and confer discussions prior to the Case
11 Management Conference, Plaintiff Lewis Gary Morris and Defendants Downey Savings and
12 Loan Association, F.A., Los Gatos Financial Group, Inc, Republic Home Loan Corporation and
13 Edgar Lopez agree to another 30-day continuance of the Case Management Conference to a date
14 convenient to the Court such as September 28, 2007 at 10:30 a.m.
15 Finally, Plaintiff and Defendants DOWNEY SAVINGS AND LOAN
16 ASSOCIATION, F.A., LOS GATOS FINANCIAL GROUP, REPUBLIC HOME LOAN
17 CORPORATION, and EDGAR LOPEZ agree that defendants' responsive pleading will be filed
18 by no later than September 10, 2007 AND october 10, 2007 for Downey Savings cntt
19 IT IS SO STIPULATED.

20 Dated: August 17, 2007   LAW FOUNDATION OF SILICON VALLEY

21
22                          Annette D. Kirkham
                            Attorneys for Plaintiff
23                          LEWIS GARY MORRIS

24 Dated: August 17, 2007   DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A
                            OFFICE OF THE GENERAL COUNSEL
25
26                          Christine M. Humphries
                            Attorneys for Defendant
27                          DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
28

- 1 -   STIPULATION TO FURTHER CONTINUE CASE
        STATUS CONFERENCE
        MORRIS V. LOPEZ, ET AL. CASE NO. C07-02177 JF

1 | Dated: August __, 2007

ATWOOD, HAIMAN & WESTERBERG

D. Kent Westerberg
Attorneys for Defendants
LOS GATOS FINANCIAL GROUP, INC., REPUBLIC HOME LOAN CORPORATION and EDGAR LOPEZ

- 2 -

STIPUALTION TO FURTHER CONTINUE CASE STATUS CONFERENCE
MORRIS V. LOPEZ, ET AL. CASE NO. C07-02177 JF

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the Case Management Conference from August 31, 2007 to a date that is convenient for the Court or September 28, 2007 and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference in this case will be continued to: 9/28/07

IT IS FURTHER ORDERED that Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., LOS GATOS FINANCIAL GROUP, REPUBLIC HOME LOAN CORPORATION, and EDGAR LOPEZ will have until September 10, 2007 to file their responsive pleading in this action.

Dated: 8/27/07

_____
United States District Judge Jeremy Fogel