ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
KIMBERLY PEDERSON (STATE BAR NO. 234785)
kimp@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 293-4790
Facsimile: (408) 293-0106

Attorneys for Plaintiff
LEWIS GARY MORRIS

OFFICE OF THE GENERAL COUNSEL
CHRISTINE M. HUMPHRIES (STATE BAR NO. 152013)
chumphries@downeysavings.com
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, CA 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619

Attorneys for Defendant
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

D. KENT WESTERBERG
kent@atwoodlaw.com
ATWOOD, HAIMAN & WESTERBERG
18805 Cox Avenue, Suite 200
Saratoga, CA 95070
Telephone: (408) 370-5070
Facsimile: (408) 370-5727

Attorneys for LOS GATOS FINANCIAL GROUP, INC.,
REPUBLIC HOME LOAN CORPORATION and EDGAR
LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE
MORRIS V. LOPEZ, ET AL. CASE NO. C07-02177 JF

| | |
|---|---|
| 1  LEWIS GARY MORRIS, | Case No. C07-02177 JF |
| 2           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 3      v. | |
| 4  REPUBLIC HOME LOAN CORPORATION, a California corporation, LOS GATOS FINANCIAL GROUP, INC., a California corporation, MICHAEL B. SPORLEDER, an individual, EDGAR LOPEZ, an individual, DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation, and DOES 1 to 100, | |
| 8           Defendants. | |

1  Plaintiff LEWIS GARY MORRIS, by and through his counsel, Law Foundation of
2  Silicon Valley, and Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., by
3  and through its counsel, Christine M. Humphries, and LOS GATOS FINANCIAL GROUP, INC.,
4  REPUBLIC HOME LOANS CORPORATION, and EDGAR LOPEZ, by and through their
5  counsel, D. Kent Westerberg, hereby stipulate as follows:

6  The Case Management Conference in this case is currently set for hearing on
7  November 30, 2007 at 10:30 a.m.

8  During the last Case Management Conference the parties were ordered to early
9  settlement conference with Magistrate Judge Lloyd. The settlement conference has been
10 scheduled for November 30, 2007, therefore the parties stipulate that the Case Management
11 Conference be continued to December 14, 2007 or a date that is convenient for the Court.

13  IT IS SO STIPULATED.

15  Dated: November 21, 2007           LAW FOUNDATION OF SILICON VALLEY

16                                     _____
                                       Annette D. Kirkham
17                                     Attorneys for Plaintiff
                                       LEWIS GARY MORRIS

18  Dated: November___, 2007           DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A
                                       OFFICE OF THE GENERAL COUNSEL
19

20                                     _____
                                       Christine M. Humphries
21                                     Attorneys for Defendant
                                       DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

23  Dated: November___, 2007           ATWOOD, HAIMAN & WESTERBERG

24                                     _____
                                       D. Kent Westerberg
25                                     Attorneys for Defendants
                                       LOS GATOS FINANCIAL GROUP, INC., REPUBLIC
26                                     HOME LOAN CORPORATION and EDGAR LOPEZ

- 1 -

STIPULATION TO FURTHER CONTINUE CASE
STATUS CONFERENCE
MORRIS v. DOWNEY, ET AL. CASE NO. C07-02177-JF

1  Plaintiff LEWIS GARY MORRIS, by and through his counsel, Law Foundation of
2  Silicon Valley, and Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., by
3  and through its counsel, Christine M. Humphries, and LOS GATOS FINANCIAL GROUP, INC.,
4  REPUBLIC HOME LOANS CORPORATION, and EDGAR LOPEZ, by and through their
5  counsel, D. Kent Westerberg, hereby stipulate as follows:
6      The Case Management Conference in this case is currently set for hearing on
7  November 30, 2007 at 10:30 a.m.
8      During the last Case Management Conference the parties were ordered to early
9  settlement conference with Magistrate Judge Lloyd. The settlement conference has been
10 scheduled for November 30, 2007, therefore the parties stipulate that the Case Management
11 Conference be continued to December 14, 2007 or a date that is convenient for the Court.
12
13     IT IS SO STIPULATED.
14
15 Dated: November___, 2007    LAW FOUNDATION OF SILICON VALLEY
16
    Annette D. Kirkham
17     Attorneys for Plaintiff
    LEWIS GARY MORRIS
18 Dated: November 21, 2007    DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A
    OFFICE OF THE GENERAL COUNSEL.
19
20
    Christine M. Humphries
21     Attorneys for Defendant
    DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
22
23 Dated: November___, 2007    ATWOOD, HAIMAN & WESTERBERG
24
    D. Kent Westerberg
25     Attorneys for Defendants
    LOS GATOS FINANCIAL GROUP, INC., REPUBLIC
26     HOME LOAN CORPORATION and EDGAR LOPEZ
27
28

- 1 -

STIPULATION TO FURTHER CONTINUE CASE
STATUS CONFERENCE
MORRIS V. LOPEZ, ET AL. CASE NO. C07-02177 JF

1  Plaintiff LEWIS GARY MORRIS, by and through his counsel, Law Foundation of
2  Silicon Valley, and Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., by
3  and through its counsel, Christine M. Humphries, and LOS GATOS FINANCIAL GROUP, INC.,
4  REPUBLIC HOME LOANS CORPORATION, and EDGAR LOPEZ, by and through their
5  counsel, D. Kent Westerberg, hereby stipulate as follows:
6  The Case Management Conference in this case is currently set for hearing on
7  November 30, 2007 at 10:30 a.m.
8  During the last Case Management Conference the parties were ordered to early
9  settlement conference with Magistrate Judge Lloyd. The settlement conference has been
10 scheduled for November 30, 2007, therefore the parties stipulate that the Case Management
11 Conference be continued to December 14, 2007 or a date that is convenient for the Court.
12
13 IT IS SO STIPULATED.
14
15 Dated: November___, 2007    LAW FOUNDATION OF SILICON VALLEY
16
17                             _____
                               Annette D. Kirkham
                               Attorneys for Plaintiff
                               LEWIS GARY MORRIS
18 Dated: November___, 2007    DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A
19                             OFFICE OF THE GENERAL COUNSEL
20
                               _____
                               Christine M. Humphries
21                             Attorneys for Defendant
                               DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
22
23 Dated: November 21/2007     ATWOOD, HAIMAN & WESTERBERG
24
                               _____
                               D. Kent Westerberg
25                             Attorneys for Defendants
                               LOS GATOS FINANCIAL GROUP, INC., REPUBLIC
26                             HOME LOAN CORPORATION and EDGAR LOPEZ
27
28

# [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the Case Management Conference from November 30, 2007 to a date that is convenient for the Court or December 14, 2007 and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference in this case will be continued to: 12/14/07 at 10:30.

Dated: 11/29/07

_____
United States District Judge Jeremy Fogel